DEVIN ERIC LAMM,    CASE#:
DOC#168538
      PETITIONER,

3:22-CV-540-TJC LLL

VS.

FLORIDA DEPARTMENT OF CORRECTIONS, (FLDOC)
      RESPONDENT.

"" EMERGENCY "", PETITION FOR PROTECTION AGAINST RETALIATION AND ABUSE!???

Comes now,the petitioner and petitions the lawful person reading this complaint to read its entirety and to take immediate action to protect me from the harassment/abuses and threats being made to me!,I'm in great fear and of concern that by filing this report I will be abused,mistreated and retaliated against even more because the internal administration and the FLDOC administration and FLDOC Inspector generals office has never protected me or prevented further harassment and retaliation against me when I report there cruel and unusual punishments and tactics of retaliation and methods and I'm in fear for my well being and life as described in( EXHIBIT-A-attached).
As you know or should know I am a known prisoner rights activist and since I've been in FLDOC I've most likely filed more grievances then any inmate ever in FLDOC. I write our Florida senators and government officials, I've filed numerous complaints to the FLDOC Inspector Generals office ,I've wrote numerous departments within the Florida department of corrections, disability rights Florida, correctional medical authority, the U.S. district courts,the Florida department of law enforcement, and many many more Florida government elected officials and public servants! And right now I have (4) " Active " legal cases I'm a pro se litigant in.I have "open" active cases in the second judicial circuit in and for Leon county, Florida/third judicial circuit in and for Suwannee county, Florida/The 1st District court of appeals, for Florida/and the 2nd district court of appeals, for Florida.
But I'm pro se which means I do all my own litigating and researching. so by writing all these grievances and all these cases litigation FLDOC administration gets angry,mad and orders there staff under them to retaliate and use a range of retaliatory measures to retaliate against me for exercising my 1st Amendment of the United States Constitution,petitioning the government for a redress of grievances.
so by exercising this well found right FLDOC administrators are mad and upset so recently as a act of retaliation FLDOC administrators and the FLDOC administration where I'm currently housed at( Suwannee correctional institution) is conspiring together and have formed a campaign of harassment against me,and have carried out the following retaliatory acts against me and other inmates while housed and detained by the Florida department of corrections:
#1)The FLDOC ADMINISTRATION AND THE SUWANNEE CORRECTIONAL ADMINISTRATION as the fixed video cameras mounted on the wing where I am housed will prove and show that these administrators have ordered and instructed security staff overseeing me daily to search my cell (3) times within (1) week and make a mess of all my legal work and rip my cell apart as a tactic to harass and discourage me from litigation and as a act to retaliate and seek revenge. If you review the video cameras mounted on the wing (H-dorm/wing-4/)during these time frames you will see the proof of excessive searching as a act of retaliation.
(A):on 4/27/22 between 0900-1100 hours you will see security staff search all cells on the wing including mine and while searching my cell(H-4202)they make me leave the group and go back to my cell.
(B):On 4/29/22 between the hours of 0900-1100 security staff search all cells again and stay extra long in my cell and tear up legal papers and flush them down the toilet.
(C):On 5/4/22 between 1000-1130 hours the wing camera videotape will show by order of administration/lieutenant walker and a bunch of security staff search my cell and tear it up for like (30) minutes or longer/throwing out a lot of my legal papers again.
#2)Several security staff that I do not want to mention at this time for fear of the threats they have made, have made threats and told me that if I don't stop writing grievances/writing letters and the courts that they have been given permission to make me suffer and physically abuse me and carry out some of the many well crafted torturous tactics they have perfected for use against inmates.Below is a list of the many form and acts of retaliation I've been a victim of and have seen at all the FLDOC institutions listed in EXHIBIT-A!:
(A):Security staff will search your cell and plant contraband in your cell and claim that when they searched your cell ,they found contraband in your cell or claim you destroyed state property to justify placing you on property restriction and taking everything in your cell including your mattress for (3) days straight. they love to use this cruel and unusual punishment. so no legal work and you sleep on a steel bunk for 3 days the only thing you have is a pair of

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

1 OF 8

boxers.(this should be illegal and classified as cruel and unusual punishment)
(B):Your locked in a cell and there is no camera inside the cell so they will falsify incidents stating you disrespected them or did some profane act and write you a falsified disciplinary report.
(C):A big one is they will handcuff you and pull you out your cell and take you off camera (usually inside the medical room)but off camera and physically abuse and assault you while your handcuffed behind your back.they claim you got a call out, to trick you out of your cell.
(D):They will order the inmate orderly or do it them self's,when they go cell to cell and serve inmates food they will either give a inmate a empty food tray so it looks like on camera there giving the inmate a tray/or they will spit or put something inside your food tray or will throw your food tray on the cell floor.
(E):They will wait for the mail bag to come and upon sorting through the incoming institutional mail they will throw away your grievances responses to hinder your pursument of litigation.
       page#1

(F):Officers will pay another inmate to physically assault you or stab you or do something to you or your property.
(G):Officers will deliberately throw away your personal property items or purposely break or destroy your personal property items.
(H):Officers will refuse and deny you showers,day room, phone use,tablet use ,recreation and groups claiming you refused these things,during the time they asked you.
(I):staff and officers will throw away your weekly canteen form when you turn it in so you cannot buy no envelopes/stamps or other things.
Staff and administration have many more tactics and measures they use to retaliate against me and other inmates. And the FLDOC grievance procedure is a sham and is majorly undermined, filing a grievance about these abuses and mistreatments only cause them to retaliate more.And the FLDOC inspector generals office really doesn't ever do nothing to protect or prevent these type of mistreatments and abuses they know this stuff is happening and allow it and do nothing, they don't care,they conduct poor lazy investigations and don't even properly investigate in accordance to there investigation protocols or time frames to do so!!These abuses and mistreatments occur each and everyday within FLDOC and these acts have been going on carelessly for too long and its time the government and leaders of our community adopt a "No ,Zero-Tolerance approach for retaliation and abuse and mistreatments. its time FLDOC ADMINISTRATORS AND STAFF be held accountable for these actions. we are prisoners, but we are still human beings and don't deserve these type of mistreatments and abuses. FLDOC needs to start being held accountable for these actions because our Florida government and leaders allow them to break the law by acting out these type of mistreatments and abuses. And NOBODY SHOULD BE ABOVE THE LAW OR BEYOND IT.
#3):Since I've been incarcerated in FLDOC I'VE BEEN A KNOWN PRISONER ADVOCATE FOR MY RIGHTS AND THE RIGHTS OF OTHERS.This has been met with many of the retaliatory measures listed above. But our government and leaders established the united States Constitution 1st amendment for a reason, so that ones rights can be upheld and protected against retaliation/interference/hindrance or harassment for grieving or accessing the courts and government.
So this constitutional right needs to be protected and upheld and I'm pleading for your protection and intervention to STOP these mistreatments and abuses from occurring against me. I'm hoping you will take this matter seriously and go above and beyond to uphold my rights and protect me from this list above of mistreatments and abuses,because right now I'm scared for my life and well being while being housed at any of these prisons listed:(Florida state prison,Santa Rosa correctional institution, Suwannee correctional institution, Jackson correctional institution, Washington correctional institution, Appalachia correctional institution, Columbia correctional institution) and because I'm a transgender/intersex inmate and pursuant to the prison rape elimination act(PREA) regulation 28 C.F.R. 115.42,(E) My concern in these matters is supposed to be strongly considered.
I've been threatened by correctional staff and administrator's if I DONT STOP WRITING GRIEVANCES OR WRITING LETTERS OR ACCESSING THE COURTS the listed mistreatments and abuses will occur towards me.
#4):I suffer from many different mental health disorders and diagnosis and I'm filled with depression and anxiety and being locked in a cell on regular close management status most of the day and confinement in open population has caused me in the past to attempt suicide over (22) times which resulted in over (22) hospitalizations and (22) blood transfusion operations. so I cannot cope or be stable in a FLDOC regular close management status setting.(see EXHIBIT-B)*ATTACHED*)
I excell and don't harm or try to kill myself when I'm housed in a inpatient mental health care unit setting that offers structured groups and a structured activity schedule. I need to be in a structured inpatient mental health care unit receiving the intense mental health services to help me and keep me sane and to cope with all my different disorders.but this is not a good place for that nor is any of the institutions listed above. So I know the FLDOC administration and staff will conspire,plot and attempt to or will kick me off "Inpatient mental health status", and send me to one of these prisons listed above to retaliate and cause me further harassment, pain,misery,mistreatments and abuses.
Doctor Tapia and my mental health inpatient care team at wakulla correctional institution all agreed and promised me that while I'm on close management status I will stay on inpatient mental health status or be in the S.T.U.(special Treatment unit),(which is a long-term outpatient mental health close management status program) program.
I was at wakulla correctional institution inpatient units and outpatient gots great doctors and mental health staff,and is a approved designated facility for accommodating and providing for my gender dysphoria needs.
I was transferred here to Suwannee correctional institution on 2/8/22.,and I've been suffering and being mistreated since.
GRIEVANCES ARE NOT WORKING OR HELPING, THE FLDOC INSPECTOR GENERAL IS NOT HELPING, so I'm begging you to please take immediate action to alleviate this torture and to protect me from these mistreatments and abuses listed above.I really hope you will take immediate action to protect me and stop these abuses and

mistreatments from happening to me?,under the nation of god I'm still a person with feelings and I'm not a evil person,please find it in your heart to be sympathetic and show empathy in regards to my situation.?? **OATH** I DECLARE UNDER the penalties of perjury and under oath that all the facts stated herein are true and correct.executed this 9 day of MAY ,2022.
RESPECTFULLY SUBMITTED BY:DEVIN LAMM (page#2)

*signature: Devin Lamm*

\* NOTE: (ABOVE #1) VIDEO FOOTAGE MUST BE RETAINED And SAVED WITHIN (30) DAYS FROM THE DATE OF THE INCIDENT OR IT WILL BE LOST.

TO: The Bureau Of Classification and Central Records And

FROM: Devin Eric Lamm DC#168538.
Suwannee Correctional Institution
5964 U.S. Highway 90
Live Oak, Florida.    32060

DATE 5/9/22

REFERENCE: "Special Review", Procedure 33-601.211, F.A.C.

Pursuant to chapter 33-601.211,(4), F.A.C. The bureau of classification and central records is responsible for verifying, documenting, approving and assigning special review status. ( See 33-601.211,(4),F.A.C.)
Per 33-601.211,(1),F.A.C. special review is the classification status assigned to inmates who pose a potentially serious threat to other inmates or staff or who pose a risk to the security and order of an institution.
Also 33-601.211,(2),F.A.C. specifically states: the purpose of the special review designation is to ensure that inmates are tracked and housed to minimize potential conflict(s).
So I am requesting the bureau of classification and central records and other parties concerned to approve and make me " special review ", against the following Institutions listed below, for the following reasons described also below??

#1) Santa Rosa correctional institution
#2) Suwannee correctional institution
#3) Florida State Prison(F.S.P.)
#4) Washington correctional institution
#5) Appalachi correctional institution (A.C.I.)
#6) Columbia correctional institution
#7) Jackson correctional institution

REASON I AM REQUESTING TO BE MADE "SPECIAL REVIEW" AGAINST THESE SPECIFIC INSTITUTIONS IS AS FOLLOWS:

In the past, during my incarceration I have been housed at each one of these institutions listed above and at each institution ,I have been a victim of Sexual Assault, Sexual Battery, Mistreatments, Physical Abuse, Torture, And many , many other cruel and unusual acts performed by multiple correctional security guards(as past incident reports will show and prove). There has been so many guards who abused and sexually assaulted and abused and mistreated me at each one of these institutions, that I forget all there names and ranks., but at each one of these institutions there are at least 3 or 4 correctional security guards who threatened me, and told me if I ever return they will be waiting for me.
So based on all these facts and past incidents at each one of these institutions, being housed at any of these institutions poses a potential conflict and therefore I should be made "special review" against each one of these institutions listed above.
The Florida Department Of Corrections staff and all its employees have a duty, obligation and responsibility to protect me and to take preventive action to prevent harm or threats towards any inmate under the 8th Amendment of the United States Constitution. (SEE Farmer Vs. Brennan, 511 U.S. 825 (1994).) and to ignore this fear or threat of potential conflict or future abuse or mistreatment is clearly a action of "deliberate indifference", and will support a federal lawsuit for A legitimate" Failure to protect claim", and lawsuit under the eighth amendment of the united States Constitution, before a U.S. federal court.
So to avoid a future threat to my well being, physical abuses or further sexual abuses and to avoid a future potential conflict it would be in the best interest of all parties involved to approve and make me special review against the institutions listed above to ensure the correctional security guards and staff who abused me, mistreated me, sexually assaulted me and sexually abused me and made threats towards me, of what they intend to do, if I ever return to those institutions, cannot do so or act on the threats they made.
So under oath I declare and for the record am informing you that I am and have a well found fear against several correctional security guards at each of these institutions and being housed at any of these institutions puts my life and well being in danger and in harms way. so may this request stand as proof in the future ,if this request is denied and ignored and I am housed at one of these institutions and something happens to me or I am harmed again or killed by

(EXH-A)

the staff who threatened me then this document will show and prove you "knew" there was a threat and possible harm to me and you disregarded this concern and took no action to prevent harm or abuse when you knew there was a potential threat.so you will be held liable and accountable before the federal courts.
so please take this request seriously and act in compliance with procedure 33-601.211, F.A.C. and approve and make me special review against each institution listed above???
It should also be duly noted that I have a diagnosis of gender dysphoria and I'm a transgender woman and this puts me at a higher risk for staff at these institutions to pay or encourage other inmates to attack or harm me.
I DECLARE UNDER the penalties of perjury all facts stated herein are true and correct to the best of my knowledge.
Respectfully submitted by: Devin Lamm DC#168538

(F.A.C. = Florida Administrative Code)

(Exh-A)

TO WHOM IT MAY CONCERN          DATE: 5/9/22

FROM: DEVIN LAMM DC#168538
FLORIDA DEPARTMENT OF CORRECTIONS (F.L.D.O.C.)

NOTICE OF MENTAL HEALTH CARE AND FUTURE MENTAL HEALTH CARE CONCERNS OF POSSIBLE NEGLECTS.

I've been incarcerated in the Florida department of corrections since 2010, and since that time I've been in and out of crisis stabilization units(C.S.U.) AND Transitional Care units(T.C.U.) because of attempted suicides and self harm incidents which are all documented inside my medical files.
and during this time I've cut myself over 22 times and did so severely that I lost so much blood that I had to be hospitalized over 22 times and each outside hospital stay resulted in a blood transfusion operation due to the amount of blood loss.
most of these self harm and suicide attempts occurred while I was housed in outpatient confinement or outpatient regular close management (C.M.) status.
some of these suicide attempts that occurred I almost died so my mental health doctor Tapia and M.D.S.T. Team at Wakulla correctional institution annex agreed and documented that I have a history and proven inability to stabilize in a regular close management setting or outpatient confinement setting and I was told that while I am on cm due to my severe mental health diagnosis and disorders and my mental health history that I would stay and be in the S.T.U. Program.

so all my mental health files and medical files show and prove I have a extensive history of serious self harm incidents which resulted in over 22 outside hospital stays.,and blood transfusions.

so my history and doctors concur that regular close management status in outpatient and outpatient confinement is unhealthy for me and my mental health well-being.
and I can not cope and stabilize in a regular close management setting it causes to much distress, anxiety and depression that causes me to relapse into a self harm mind frame.
Inpatient mental health does help me and I don't have any suicide attempts or self harm incidents while housed on inpatient mental health status. my history shows this , so the groups and treatment and living in a structured environment helps me excell and I am able to stabilize. I can function in inpatient mental health status.

but while I've been housed on inpatient mental health status I've been writing, filing and advocating a lot utilizing the inmate grievance procedure and because of all the grievances and advocating a lot of F.L.D.O.C. administrators and security are upset with me writing grievances and they are leaning and pressuring mental health personnel to discharge me and put me in outpatient regular close management status as a act of revenge and retaliation.
I know this because a source who is apart of my mental health MDST Team told me this and security staff threatened me with this action several times.
this is a setup of failure for me because I know I cannot function or cope or survive in outpatient regular close management status. and the facility and security staff are conspiring and forming a plan to forcefully discharge me and send me to outpatient regular close management status at Florida State Prison.
I am afraid and scared for my well being and am not safe at Florida state prison (FSP). Last time I was at Florida state prison I was physically abused by multiple security staff and sexually harassed and mistreated so badly.Florida state prison is one of the worse facilities in FLDOC.,and the FLDOC administration knows this .they use all types of torturous tactics like (won't feed you,won't let you mail out legal mail/and will take you to medical off camera and physically abuse you.plus at Florida state prison on close management status I am confined to a cell 24 hours a day with no groups and no intense mental health treatment. you only get to shower 3 times a week.its so stressful and not healthy for my mental health needs and I know this is the plan to inflict misery /pain and to get revenge against me.
I'm scared to death but I'm sending you this letter to inform you of this retaliatory, cruel plan and plot against me incase you allow this to happen to me and I am physically abused or mistreated again this letter will be used in my federal lawsuit to show and prove that you knew about this and did nothing to prevent it or intervene and this will satisfy the "deliberate indifference" requirement needed to show a failure to protect and that mental health acted with due negligence to properly care for my mental health needs.
so please help me by contacting FLDOC mental health services administration located at Florida department of

(EXH-B)

corrections headquarters and talk to them and make sure this retaliatory act is not acted out against me.?? please help me and ensure my safety and future mental health treatment and care??
FLDOC has a obligation and duty to know my history and mental health needs and if they disregard these mental health issues they are guilty of "neglect".
per the prison rape elimination act (P.R.E.A.) Standards 115.42,(E): specifically states: A transgender or intersex inmates own views with respect to his or her own safety shall be given serious consideration.
so because I am a transgender woman and suffer from severe mental health disorders I think and would feel safest and receive the help I need at one of the transitional care units st wakulla c.i. annex /zephyr hills c.i. /or Dade c.i. please consider my request to be immediately transferred to one of these facilities?

thanks for your time and blessings!
respectfully submitted by:Devin Lamm DC#168538

(EXH-B)

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

8 OF 8